# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Versar, Inc. ) ASBCA No.61967
)
Under Contract No. W912DY-08-D-0033 )

APPEARANCE FOR THE APPELLANT: Daniel F. Edwards, Esq.
   Frost Brown Todd LLC
   Columbus, OH

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
   Karl W. Kuhn, Esq.
   Margaret P. Simmons, Esq.
   Engineer Trial Attorneys
   U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 24, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61967, Appeal of Versar, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals